In the Matter of Rocco A. Scarfone, Respondent, against Joseph F. Ruggieri, Appellant, and William J. Heffernan et al., Constituting the Board of Elections of the City of New York, Respondents.

Argued August 18, 1950; decided August 18, 1950.

*John F. X. Finn* and *Sidney Squire* for appellant.

*Frank B. Di Giovanna* for respondent.

*John P. McGrath, Corporation Counsel* (*Thomas W. A. Crowe* of counsel), for Board of Elections of the City of New York, respondent.

Order affirmed, upon the ground that the findings in respect of the domicile of the appellant Ruggieri are not without support in the evidence. We pass upon no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, FULD and FROESSEL, JJ. Taking no part: DYE, J.